IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

EDNA S. SPREHE                                                                          PLAINTIFF

v.                                         CIVIL ACTION NO. 1:21-cv-00354-LG-RHWR

WALMART CLAIMS SERVICES, INC                                               DEFENDANT

## ORDER GRANTING JOINT MOTION TO SUBSTITUTE PROPER DEFENDANT

**BEFORE THE COURT** is the joint [11] Motion to Substitute Proper Defendant. The parties seek to substitute the appropriate Walmart entity, Walmart Stores East, LP, in place of Defendant Walmart Claims Services, Inc., and to dismiss Defendant Walmart Claims Services, Inc., from this action.

**IT IS, THEREFORE, ORDERED** that, the Clerk of Court shall substitute Walmart Stores East, LP., in place of Defendant Walmart Claims Services, Inc.

**IT IS, FURTHER ORDERED** that, the Clerk of Court shall terminate Defendant Walmart Claims Services, Inc., from this action.

**IT IS, FURTHER ORDERED** that, the Clerk of Court shall make all necessary changes to the docket to reflect the substitution of Walmart Stores East, LP., and termination of Defendant Walmart Claims Services, Inc.

**SO ORDERED**, this the 18th day of January, 2022.

*s/ Robert H. Walker*
ROBERT H. WALKER
UNITED STATES MAGISTRATE JUDGE