IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**EDNA S. SPREHE**                                                                          **PLAINTIFF**

**v.**                                                  **CAUSE NO. 1:21cv354-LG-BWR**

**WAL-MART STORES EAST, LP**                                  **DEFENDANT**

## <u>AGREED JUDGMENT OF DISMISSAL</u>

The parties having agreed to and announced to the Court a settlement of the remaining claims in this case, and the Court being advised that all parties have an informed understanding of their rights and a full appreciation of the consequences of the settlement, and the Court being desirous that this matter be finally closed on its docket;

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that this case is hereby **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED** this the 29th day of November, 2022.

s/ *Louis Guirola, Jr.*
Louis Guirola, Jr.
United States District Judge